188 F.3d 1177 (9th Cir. 1999)
 UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
JOSE LOMBERA-CAMORLINGA, Defendant-Appellant.
UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
JOSE OROPEZA-FLORES, Defendant-Appellant.
 Nos. 98-50347, 98-50305
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed October 1, 1999
 
 Before: HUG, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35-3. The three judge panel opinion, United States v. Lombera-Camorlinga, 170F.3d 1241 (9th Cir.1999), and the three judge memorandum decision, United States v. Oropeza-Flores, No. 98-50305, 1999 WL 195621 (9th Cir. Mar. 31, 1999), are withdrawn.